UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALEH S. ZELINSKY,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID KAPLAN, et al.,<br><br>    Defendants. | Case No.: 13-cv-04586-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND REMANDING ACTION TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO** |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation Regarding Order to Show Cause ("Report"), wherein he recommends that this action be remanded to the Superior Court of California, County of San Francisco. (Dkt. No. 15.) No party has filed an objection to the Report. The Court finds the Report to be correct, well-reasoned, and thorough, and hereby **ADOPTS** it in every respect.

Accordingly, and for the reasons set forth in the Report, the above-captioned action is **REMANDED** to the Superior Court of California, County of San Francisco. The Clerk of this Court is further ordered to forward certified copies of this Order and all docket entries to the Clerk of the San Francisco County Superior Court.

This Order terminates Dkt. No. 15.

**IT IS SO ORDERED.**

Date: November 21, 2013

                                               _____
                                               **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**